**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DORIAM ALEXANDER CHAVEZ TORIBIO<br><br>      Petitioner,<br><br>   v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>      Respondents. | CASE NO. 5:26-cv-2442-SK<br><br>**ORDER GRANTING UNOPPOSED HABEAS PETITION** |

Petitioner Doriam Alexander Chavez Toribio is a native and citizen of Nicaragua who has been detained at the Adelanto Detention Center-Desert View Facility in the custody of Immigration and Customs Enforcement (ICE) since April 20, 2026.  (ECF 1 at 2-4).  In December 2022, Petitioner presented himself at the United States border in El, Paso Texas after fleeing Nicaragua due to alleged political persecution.  (*Id.* at 2).  The Department of Homeland Security granted Petitioner humanitarian parole under 8 U.S.C. § 1182(d)(5) and allowed Petitioner to enter the country subject to ongoing reporting requirements.  (*Id.*).  In the years since his parole, Petitioner has settled in Los Angeles, California, worked as a mechanic and delivery driver pursuant to a valid Employment Authorization Document (EAD) provided to him by U.S. Citizenship and Immigration Services, and supported a family of three children with his long-term partner.  (*Id.* at 2-6).

Petitioner remained free from federal custody until April 20, 2026 when he was detained while attending a routine check-in with ICE in compliance with his parole reporting requirements.  (*Id.* at 4-5).  The

interviewing officer who conducted Petitioner's check-in also confiscated Petitioner's Nicaraguan national identification card prior to his detention. (*Id.* at 4).  Alleging that his present detention is unlawful, Petitioner filed a counseled habeas petition, seeking release from ICE custody under 28 U.S.C. § 2241.  (*Id.* at 11-17).  On May 15, 2026, Respondents answered the petition, stating that they "are not presenting an opposition argument at this time" and that "no more filings or proceedings will be necessary in this matter."  (ECF 10 at 2).  The Court thus construes the § 2241 petition as unopposed.

So construed, the petition is GRANTED.  Petitioner is ordered released from ICE custody immediately on the original terms and requirements of his humanitarian parole.  Respondents are also ordered to return all identification documents confiscated from Petitioner prior to his detention.  Judgment will be entered accordingly.

IT IS SO ORDERED.

DATED: May 20, 2026

STEVE KIM
United States Magistrate Judge