# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIAM ALEXANDER CHAVEZ TORIBIO,<br><br>                Petitioner,<br><br>    v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>                Respondents. | Case No. 5:26-cv-2442-SK<br><br>**JUDGMENT** |

Pursuant to the Order Granting Unopposed Habeas Petition, **IT IS ADJUDGED** that the petition under 28 U.S.C. § 2241 is granted and that petitioner Doriam Alexander Chavez Toribio is to be released from the custody of Immigration and Customs Enforcement immediately on the original terms of his humanitarian parole. Respondents must also return all identification documents confiscated from Petitioner.

DATED: May 20, 2026

                                           STEVE KIM<br>
United States Magistrate Judge